## Ivins v. Waterall, Appellant.

Argued January 21, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Mitchell W. Miller,* with him *Levi, Mandel and Miller,* for appellant.

*Alphonso Santangelo,* for appellee.

OPINION PER CURIAM, March 20, 1970:

The Order of the Court dated November 20, 1968 is the only Order from which an appeal can be taken to this Court by this appellant. It is a final Order, and no stay of that Order having been granted, and the present appeal having been taken more than three months after the date of said Order, the appeal must be quashed.

Appeal quashed.